### COOPER v. COOPER.

LUMPKIN, J. Upon the hearing of the writ of habeas corpus by the wife against the husband, to obtain the custody of three of their minor children, under the evidence there was no abuse of discretion in awarding such custody to the applicant.

*Judgment affirmed. All the Justices concur.*

Argued November 19,—Decided December 12, 1906.

Habeas corpus. Before Judge Freeman. Coweta superior court. September 29, 1905.

W. C. Wright, for plaintiff in error.

W. L. Stallings and R. O. Jones, contra.